UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

vs.                      Case No.  2:06-cv-270-FtM-29DNF

ROSE SHAW, and RICHARD SHAW,

        Respondents.

_____

**OPINION AND ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Douglas N. Frazier's Reports and Recommendations (Docs. #23, #24), filed October 2, 2006, recommending the Petition to Enforce Internal Revenue Service Summons (Doc. #3) be granted; that Richard Shaw be held in contempt of court; that Richard Show be ordered to show cause by he should not be adjudged in contempt by reason of the facts so certified; that the Amended Petition to Enforce Internal Revenue Service Summons (Doc. #18) be granted; that Rose Show be held in contempt of court; and that Rose Shaw be ordered to show cause by he should not be adjudged in contempt by reason of the facts so certified. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1);  <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Reports and Recommendations, the Court fully accepts and adopts the Reports and Recommendations of the magistrate judge.  The Court further finds that the repeated failure to appear by defendants to show cause, after notice and an opportunity to respond, is indicative of willful noncompliance with the summonses.  Therefore, the Court finds that defendants are in contempt.  Defendants will be permitted one opportunity to purge the contempt in the manner described below.  In the absence of such purging, defendants will be sentenced by the Court for their contempt.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.   The Report and Recommendation (Doc. #23) as to Rose Shaw is hereby **accepted** and **adopted** and specifically incorporated into this Opinion and Order.  The Amended Petition to Enforce Internal Revenue Service Summons (Doc. #18) is **GRANTED** and Rose Shaw is held in contempt.

2.   The Report and Recommendation (Doc. #24) as to Richard Shaw is hereby **accepted** and **adopted** and specifically incorporated into this Opinion and Order.  The Petition to Enforce Internal Revenue Service Summons (Doc. #3) is **GRANTED** and Richard Shaw is held in contempt.

3.   Defendant Richard Shaw shall comply with the Petition by providing testimony and/or produce records pertaining to St. Andrews Ivy, B.T., as provided in the Summons Attachment (Doc. #3-2) attached to the Opinion and Order, for the periods ending December 31, 1999; December 31, 2000; December 31, 2001; and December 31, 2002.  Compliance shall be made by appearing and/or producing the required documentation to the Internal Revenue Service Officer Joseph and/or designee **on or before November 20, 2006.**

4.   Defendant Rose Shaw shall comply with the Amended Petition by providing testimony and/or produce records pertaining to St. Andrews Ivy, B.T., as provided in the Summons Attachment (Doc. #18-2) attached to the Opinion and Order, for the periods ending December 31, 1999; December 31, 2000; December 31, 2001; December

31, 2003; and December 31, 2004.   Compliance shall be made by appearing and/or producing the required documentation to the Internal Revenue Service Officer Joseph and/or designee **on or before November 20, 2006.**

5.   **On or before November 27, 2006,** the Internal Revenue Service shall file with the Court a Notice as to whether the summonses have been satisfied.

6.   If the Internal Revenue Service files a Notice that the summonses have not been satisfied, a sentencing hearing on the contempt will be conducted before the undersigned on **December 4, 2006, at 3:30 P.M.,** in Courtroom A, Sixth Floor, Fort Myers, Florida.   **Defendants Richard and Rose Shaw shall appear in person.** The failure of defendants Richard and Rose Show to appear in person shall result in the issuance of a warrant for their arrest.

**DONE AND ORDERED** at Fort Myers, Florida, this   __18th__   day of October, 2006.

_John E. Steele_
**JOHN E. STEELE**
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties
DCCD